# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR-21-52-GF-BMM** |
| **Plaintiff,** | |
| **vs.** | |
| **LILLIAN MARIE LAPIER,** | **ORDER TO FILE EXHIBIT UNDER SEAL** |
| **Defendant.** | |

Upon motion of the United States to file an exhibit under seal, and for good cause shown,

IT IS ORDERED that the Clerk of Court shall file Exhibit 3 to the government's response to the defendant's motion to suppress under seal.

DATED this 25th day of January, 2022.

_____
Brian Morris, Chief District Judge
United States District Court