IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> LILLIAN MARIE LAPIER, <br><br> Defendant. | CR-21-52-GF-BMM <br><br><br> **ORDER** |

Defendant Lillian Marie Lapier has filed a Motion to Suppress (Doc. 64). Before a ruling had been made on the Motion to Suppress (Doc. 64), Lapier filed an Unopposed Motion to Change Plea (Doc. 90). The Court conducted Lapier's change of plea hearing on February 23, 2022. (Doc. 98). Lapier entered a plea of guilty and the Court accepted her plea. *Id.* Both parties agreed during the hearing that Lapier's Motion to Suppress (Doc. 64) should be denied as moot.

Accordingly, **IT IS ORDERED** that Lapier's Motion to Suppress (Doc. 64) is **DENIED as moot**.

Dated the 28th day of February, 2022.

_____
Brian Morris, Chief District Judge
United States District Court