IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LILLIAN MARIE LAPIER, RHONDA JEANETTE LAPIER *aka Rhonda Trench*, and ASHLEY NICOLE RICO,<br><br>Defendants. | CR 21-52-GF-BMM<br><br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion to Amend the Final Order of Forfeiture. Having reviewed said motion, the Court finds:

1. The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1) and 881(a)(11), and Rule 32.2, Federal Rules of Criminal Procedure.

2. A Preliminary Order of Forfeiture was entered on March 23, 2022 (Doc. 106). A Final Order of Forfeiture was issued on June 29, 2022. (Doc. 134).

3. As explained in the government's motion, a late claim was submitted after the Final Order and the United States does not wish to pursue litigation regarding that claim at this time.

1

IT IS ORDERED:

THAT the Motion to Amend the Final Order of Forfeiture is GRANTED;

THAT the following property is removed from the prior final order:

- 2011 BMW X5 XDRIVE 35D, VIN 5UXZWOC53BL662300 (seized at 1208 Spring St in Helena)

THAT nothing herein otherwise affects rights to or interests in the other property described in the Final Order of Forfeiture (Doc. 134) and nothing herein in any way limits any prior disposition as to that other property.

DATED this 14th day of March, 2023.

_____
Brian Morris, Chief District Judge
United States District Court