# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LILLIAN MARIE LAPIER,<br><br>Defendant. | Case No. CR 21-52-GF-BMM<br><br>**ORDER DISMISSING 821A MOTION** |

Defendant Lillian Marie Lapier, having filed a Motion to Dismiss and there being no objection from the Government and good cause appearing;

IT IS HEREBY ORDERED that Defendant Lillian Marie Lapier's 821A Motion is DISMISSED.

DATED this 11th day of March 2024.

_____
Brian Morris, Chief District Judge
United States District Court

1