THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-21-52-GF-BMM |
| Plaintiff, | |
| vs. | |
| | ORDER |
| LILLIAN MARIE LAPIER, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 9, 2025. (Doc. 167.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 8, 2025. (Doc. 163.) The government accused Lillian Lapier (Lapier) of violating the conditions of her supervised release by: (1) admitting to using methamphetamine on January 12, 2025 and daily before then for a period of time; (2) admitting to consuming alcohol on January 13, 2025 and daily before then for a period of time; (3) consuming alcohol on December 8, 2024; (4) failing to comply with substance abuse testing requirements on January 9, 2025; (5) failing to comply with substance abuse treatment requirements on December 26, 2024 and January 9, 2025; (6) admitting on May 12, 2025, that she had been using alcohol daily since absconding from supervision in January of 2025; (7) admitting on May 12, 2025, that she had been using methamphetamine daily since absconding from supervision in January of 2025; and (8) committing another federal, state or local crime by pleading guilty before the Montana Eighth Judicial District Court on June 30, 2025, to the felony offense of Criminal Possession of Dangerous Drugs, in violation of Mont Code Ann.§ 45-9-102. (Docs. 159 and 162.)

At the revocation hearing, Lapier admitted that she had violated the conditions of her supervised release 1-8 as set forth in the Amended Petition. (Doc. 163.)

Judge Johnston found that the violations Lapier admitted prove serious and warrants revocation, and recommended that she receive a custodial sentence of 6 months with no supervised release to follow. (Doc. 167.) The Court advised Lapier

of her right to appeal and to allocute before the undersigned. (Doc. 163.) The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 167 ) are **ADOPTED IN FULL. IT IS FURTHER ORDERED** that Defendant Lillian Marie Lapier be sentenced to a term of custody of 6 months with no supervised release to follow.

DATED this 31st day of July 2025.

_____
Brian Morris, Chief District Judge
United States District Court